# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In Re:   TERESA THOMPSON                             Case No.: 09-20662

         Debtor(s)

---

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1) The case was filed on 06/05/2009.

2) This case was confirmed on  N/A.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 09/23/2009.

6) Number of months from filing to the last payment:  3

7) Number of months case was pending:  7

8) Total value of assets abandoned by court order:  NA

9) Total value of assets exempted: $    21,600.00

10) Amount of unsecured claims discharged without payment $       .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ | 3,675.00 |
| Less amount refunded to debtor | $ | 720.68 |
| **NET RECEIPTS** | $ | 2,954.32 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid through the Plan | $ | 2,500.00 |
| Court Costs | $ | .00 |
| Trustee Expenses and Compensation | $ | 200.32 |
| Other | $ | .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ | 2,700.32 |
| Attorney fees paid and disclosed by debtor | $ | .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| EASTERN SAVINGS BANK | OTHER | NA | NA | NA | .00 | .00 |
| HOMECOMINGS FINANCIA | OTHER | .00 | NA | NA | .00 | .00 |
| BANK FINANCIAL | OTHER | NA | NA | NA | .00 | .00 |
| BANK FINANCIAL | SECURED | 60,066.66 | 28,336.90 | .00 | .00 | .00 |
| BANK FINANCIAL | SECURED | NA | .00 | .00 | .00 | .00 |
| HOMECOMINGS FINANCIA | SECURED | 25,042.00 | 26,176.26 | .00 | .00 | .00 |
| HOMECOMINGS FINANCIA | SECURED | NA | 467.34 | .00 | .00 | .00 |
| WELLS FARGO HOME MOR | SECURED | 48,900.00 | 68,320.67 | .00 | .00 | .00 |
| WELLS FARGO HOME MOR | SECURED | NA | 983.25 | .00 | .00 | .00 |
| GREEN TREE SERVICING | SECURED | NA | 18,314.14 | .00 | .00 | .00 |
| GREEN TREE SERVICING | SECURED | NA | 202.92 | .00 | .00 | .00 |
| GREEN TREE SERVICING | SECURED | 21,334.00 | 22,479.24 | .00 | .00 | .00 |
| GREEN TREE SERVICING | SECURED | NA | 279.39 | .00 | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | 1,752.00 | 1,751.83 | 1,751.83 | .00 | .00 |
| BANK FINANCIAL | UNSECURED | 2,930.34 | NA | NA | .00 | .00 |
| CHASE | SECURED | 9,000.00 | .00 | .00 | .00 | .00 |
| CHASE | SECURED | .00 | .00 | 1,000.00 | .00 | .00 |
| CHASE AUTO FINANCE | SECURED | 18,957.00 | 17,965.54 | 17,965.54 | 150.00 | .00 |
| CITY OF CHICAGO WATE | SECURED | .00 | .00 | 1,870.00 | .00 | .00 |
| CITY OF CHICAGO WATE | UNSECURED | 1,870.00 | NA | NA | .00 | .00 |
| HARVEY WATER DEPT | SECURED | .00 | .00 | 215.00 | .00 | .00 |
| HARVEY WATER DEPT | UNSECURED | 215.00 | NA | NA | .00 | .00 |
| COOK COUNTY TREASURE | SECURED | 1,000.00 | .00 | 7,000.00 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| COOK COUNTY TREASURE | UNSECURED | 3,000.00 | NA | NA | .00 | .00 |
| COOK COUNTY TREASURE | SECURED | 1,000.00 | NA | NA | .00 | .00 |
| COOK COUNTY TREASURE | UNSECURED | 2,000.00 | NA | NA | .00 | .00 |
| COOK COUNTY TREASURE | SECURED | 2,000.00 | 31,306.57 | 12,800.00 | .00 | .00 |
| COOK COUNTY TREASURE | SECURED | 3,200.00 | NA | NA | .00 | .00 |
| COOK COUNTY TREASURE | SECURED | 6,000.00 | NA | NA | .00 | .00 |
| COOK COUNTY TREASURE | SECURED | 1,600.00 | NA | NA | .00 | .00 |
| BAC HOME LOANS SERVI | SECURED | 30,333.33 | 18,299.13 | .00 | .00 | .00 |
| COUNTRYWIDE HOME LEN | UNSECURED | 31,666.67 | NA | NA | .00 | .00 |
| CITY OF CHICAGO WATE | SECURED | .00 | .00 | 3,300.00 | .00 | .00 |
| CITY OF CHICAGO WATE | UNSECURED | 300.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO WATE | SECURED | .00 | .00 | 1,500.00 | .00 | .00 |
| CITY OF CHICAGO WATE | UNSECURED | 3,000.00 | NA | NA | .00 | .00 |
| EASTERN SAVINGS BANK | SECURED | 39,333.33 | 203,096.28 | .00 | .00 | .00 |
| EASTERN SAVINGS BANK | UNSECURED | 181,666.67 | NA | NA | .00 | .00 |
| GREEN TREE | SECURED | 12,666.66 | .00 | .00 | .00 | .00 |
| GREEN TREE | UNSECURED | 31,036.34 | NA | NA | .00 | .00 |
| GREEN TREE | SECURED | NA | .00 | 1,500.00 | .00 | .00 |
| GREEN TREE SERVICING | SECURED | 35,666.66 | 69,677.85 | .00 | .00 | .00 |
| GREEN TREE | UNSECURED | 13,352.34 | NA | NA | .00 | .00 |
| GREEN TREE | SECURED | 21,334.00 | .00 | .00 | .00 | .00 |
| GREEN TREE | SECURED | 26,000.00 | .00 | .00 | .00 | .00 |
| HARRIS BANK | SECURED | 31,833.33 | .00 | .00 | .00 | .00 |
| HARRIS BANK | UNSECURED | 9,761.67 | NA | NA | .00 | .00 |
| HARRIS BANK | SECURED | .00 | .00 | 1,500.00 | .00 | .00 |
| HOMECOMINGS FINANCIA | SECURED | 25,042.00 | .00 | .00 | .00 | .00 |
| LIEN | SECURED | 35,000.00 | .00 | .00 | .00 | .00 |
| LIEN | UNSECURED | 11,000.00 | NA | NA | .00 | .00 |
| LIEN | SECURED | 35,000.00 | .00 | .00 | .00 | .00 |
| LIEN | UNSECURED | 65,000.00 | NA | NA | .00 | .00 |
| VILLAGE OF CRESTWOOD | SECURED | .00 | .00 | .00 | .00 | .00 |
| VILLAGE OF CRESTWOOD | UNSECURED | 600.00 | 494.83 | 494.83 | .00 | .00 |
| VILLAGE OF DOLTON | SECURED | 2,500.00 | .00 | 1,500.00 | .00 | .00 |
| VILLAGE OF DOLTON | SECURED | 1,700.00 | NA | NA | .00 | .00 |
| VILLAGE OF RIVERDALE | SECURED | .00 | NA | NA | .00 | .00 |
| VILLAGE OF RIVERDALE | UNSECURED | 3,776.00 | NA | NA | .00 | .00 |
| WELLS FARGO HOME MOR | SECURED | 49,000.00 | .00 | .00 | .00 | .00 |
| WELLS FARGO HOME MOR | UNSECURED | 19,970.00 | NA | NA | .00 | .00 |
| LASALLE BANK | UNSECURED | 1,004.00 | NA | NA | .00 | .00 |
| BRINKS HOME SECURITY | UNSECURED | .00 | NA | NA | .00 | .00 |
| CARDIAC CONSULTANTS | UNSECURED | 8.36 | NA | NA | .00 | .00 |
| US CELLULAR | UNSECURED | 524.00 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 566.00 | 2,052.32 | 2,052.32 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| HARVARD COLLECTION S | OTHER | .00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 564.00 | 579.25 | 579.25 | .00 | .00 |
| J T IWANETZ MD | UNSECURED | 36.00 | NA | NA | .00 | .00 |
| ILLINOIS STATE HIGHW | UNSECURED | 1,000.00 | NA | NA | .00 | .00 |
| INGALLS MEMORIAL HOS | UNSECURED | 56.84 | NA | NA | .00 | .00 |
| NCO FINANCIAL GROUP | UNSECURED | 960.00 | NA | NA | .00 | .00 |
| SBC MIDWEST | UNSECURED | 201.00 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 1,377.00 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 180.00 | NA | NA | .00 | .00 |
| FIRST CASH FINANCIAL | UNSECURED | 725.00 | NA | NA | .00 | .00 |
| PERFORMANCE SOURCE | UNSECURED | 5,673.00 | NA | NA | .00 | .00 |
| RADIOLOGY IMAGING CO | UNSECURED | 7.99 | NA | NA | .00 | .00 |
| WFNNB CLARK | UNSECURED | 22.00 | NA | NA | .00 | .00 |
| ANGELA MILLER | OTHER | .00 | NA | NA | .00 | .00 |
| ANTONETTE WATTS | OTHER | .00 | NA | NA | .00 | .00 |
| BARBARA WEST | OTHER | .00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO | OTHER | .00 | NA | NA | .00 | .00 |
| COOKIE ANDERSON | OTHER | .00 | NA | NA | .00 | .00 |
| CORY BAILY | OTHER | .00 | NA | NA | .00 | .00 |
| JANELLA THOMPSON | OTHER | .00 | NA | NA | .00 | .00 |
| JANETTE | OTHER | .00 | NA | NA | .00 | .00 |
| JESSE MILTON | OTHER | .00 | NA | NA | .00 | .00 |
| KENDALL MILTON | OTHER | .00 | NA | NA | .00 | .00 |
| SENTRY MILTON | OTHER | .00 | NA | NA | .00 | .00 |
| WILLIE THOMPSON | OTHER | .00 | NA | NA | .00 | .00 |
| WILLIE THOMPSON | OTHER | .00 | NA | NA | .00 | .00 |
| WILLIE THOMPSON | OTHER | .00 | NA | NA | .00 | .00 |
| WILLIE THOMPSON | OTHER | .00 | NA | NA | .00 | .00 |
| MB FINANCIAL | SECURED | 19,000.00 | 19,382.37 | .00 | .00 | .00 |
| VILLAGE OF RIVERDALE | SECURED | 900.00 | NA | NA | .00 | .00 |
| TCF BANK | UNSECURED | 900.00 | NA | NA | .00 | .00 |
| MB FINANCIAL | SECURED | NA | 48,746.57 | .00 | .00 | .00 |
| WELLS FARGO BANK | OTHER | NA | NA | NA | .00 | .00 |
| EASTERN SAVINGS BANK | SECURED | NA | 53,161.95 | .00 | .00 | .00 |
| BAC HOME LOANS SERVI | OTHER | NA | NA | NA | .00 | .00 |
| BAC HOME LOANS SERVI | SECURED | NA | 13,995.63 | .00 | .00 | .00 |
| WELLS FARGO BANK | SECURED | NA | .00 | .00 | .00 | .00 |
| ROBERT J SEMRAD & AS | PRIORITY | NA | .00 | 104.00 | 104.00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | 4,000.00 | .00 | .00 |
| Debt Secured by Vehicle | 17,965.54 | 150.00 | .00 |
| All Other Secured | 28,185.00 | .00 | .00 |
| **TOTAL SECURED:** | 50,150.54 | 150.00 | .00 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 104.00 | 104.00 | .00 |
| **TOTAL PRIORITY:** | 104.00 | 104.00 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 4,878.23 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 2,700.32 |
| Disbursements to Creditors | $ | 254.00 |
| **TOTAL DISBURSEMENTS:** | $ | 2,954.32 |

12)    The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   12/23/2009                                 /s/ Tom  Vaughn
                                                    Tom  Vaughn,  Chapter  13  Trustee

**STATEMENT**     : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**